JAP:MPC/MKM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

M 12- 102

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JUDITH CONCEPCION BLANCO,

    Defendant.

- - - - - - - - - - - - - - - - -X

AFFIDAVIT IN SUPPORT OF
REMOVAL TO THE
DISTRICT OF NEW HAMPSHIRE

(Fed. R. Crim. P. 5(c))

EASTERN DISTRICT OF NEW YORK, SS:

    ANDREW JACOB, being duly sworn, deposes and says that he is a Special Agent with the United States Department of State, Diplomatic Security Service ("DSS"), duly appointed according to law and acting as such.

    Upon information and belief, on December 15, 2011, an arrest warrant was issued by the United States District Court for the District of New Hampshire, commanding the arrest of the defendant JUDITH CONCEPCION BLANCO, for False Statements, in violation of Title 18, United States Code, Section 1001.

    The source of your deponent's information and the grounds for his belief are as follows:

    1.   I have been a special agent with the DSS for approximately nine months. I am the case agent on this case and am fully familiar with the facts of the case. The facts set forth below are based on my personal observations, my discussions with other law enforcement officers and my review of documents and other evidence.

2. On December 15, 2011, an arrest warrant was issued by the United States District Court for the District of New Hampshire, commanding the arrest of the defendant JUDITH CONCEPCION BLANCO for False Statements, in violation of Title 18, United States Code, Section 1001. The arrest warrant was issued in connection with an indictment. A copy of the arrest warrant and indictment are attached hereto.

3. On or about April 1, 2010, special agents with the DSS interviewed the defendant at her residence in the Woodside Houses in Queens, New York. At that time, the defendant provided a New York State Identification Card, bearing the defendant's name, date of birth and photograph. The agents conducting the interview confirmed that the photograph on the New York State Identification Card matched the individual being interviewed. On or about July 14, 2010, special agents returned to the defendant's residence and obtained the New York State Identification Card bearing the defendant's name, date of birth and photograph.

4. On January 30, 2012, I along with other members of law enforcement, went to the defendant's residence in the Woodside Houses in Queens, New York, to execute the arrest warrant. This was the same residence as the one at which the defendant had been interviewed in April 2010. The defendant and her son answered the door. I asked the defendant if she was Judith Blanco and she responded that she was.

5. Prior to executing the arrest warrant, I reviewed the photograph on the New York State Identification Card that was obtained from the defendant in July 2010, as well as the photograph that was submitted by the defendant as part of an application for a United States passport. At the time of the defendant's arrest, I recognized the defendant as the person pictured in the New York State Identification Card and the passport application.

6. It is the desire of the United States Attorney for the District of New Hampshire that the defendant JUDITH CONCEPCION BLANCO be removed to that district for prosecution.

WHEREFORE, it is requested that the defendant JUDITH CONCEPCION BLANCO be removed to the District of New Hampshire so that she may be dealt with according to law.

_____
ANDREW JACOB
Special Agent
U.S. Department of State
Diplomatic Security Service

Sworn to before me this
30th day of January, 2012

3

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) |
| v. | ) Case No. 11-cr-171-01-PB |
| Judith Concepcion Blanco | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Judith Concepcion Blanco ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

False Statements

Date: 12/15/2011                                   _Kathy DuPont_
                                                   *Issuing officer's signature*

City and state: Concord, New Hampshire             Kathy DuPont, Deputy Clerk
                                                   *Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____                                   _____
                                                   *Arresting officer's signature*

CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK                              _____
                                                   *Printed name and title*
BY: _Kathy DuPont_
DEPUTY CLERK

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: Judith Concepcion Blanco
Known aliases:
Last known residence: 50-33 Broadway Ave, #3, Woodside NY 11377
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth: Guatemala
Date of birth: 05/25/1956
Social Security number: 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
Height: 5'6"     Weight:
Sex: female      Race: hispanic
Hair:            Eyes: brown
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*: Elinor Blanco - same address

FBI number:
Complete description of auto:

Investigative agency and address: Diplomatic Security/Portsmouth, NH - SA David Adams

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA )
)
v. ) No. 1:11-cr- 171-01-PB
)
JUDITH CONCEPCION BLANCO )

## INDICTMENT

The Grand Jury charges that:

1. The "National Passport Center" is a facility operated by the United States Department of State, Bureau of Consular Affairs, for the filing, processing and adjudication of Applications for United States Passports (forms DS-11) and Applications for United States Passports by Mail (forms DS-82), which are used to apply for passport renewals. At all times relevant to this Indictment, the facility was located at 207 International Drive, Portsmouth, NH.

## COUNT ONE
[False Statements -18 U.S.C. § 1001(a)(2)]

2. On or about December 30, 2009, in the District of New Hampshire and elsewhere, the defendant,

### JUDITH Concepcion BLANCO,

in a matter within the jurisdiction of the United States Department of State, an agency of the executive branch of the Government of the United States, knowingly and willfully made materially false, fictitious and fraudulent statements and representations, in connection with an Application for United States Passport (form DS-11), in that the defendant Judith Concepcion Blanco executed an Application for United States Passport (form DS-11), which was, on or about January 5, 2010, received at the National Passport Center. In order to induce and secure the issuance of a United States Passport, defendant Judith Concepcion Blanco falsely stated on

the application a place of birth that was not her own. Judith Concepcion B█████ knew that these statements and representations were false when made.

In violation of Title 18, United States Code, Section 1001 (a)(2).

A TRUE BILL

December 14, 2011

/s/ Foreperson
Foreperson

JOHN P. KACAVAS
United States Attorney

By: /s/ Alfred Rubega
Alfred Rubega
Assistant United States Attorney
District of New Hampshire

2